**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM VICTOR,** | : | **CIVIL ACTION NO. 1:20-425** |
| **Plaintiff** | : | |
| **v.** | : | **(JUDGE MANNION)** |
| **JOHN WETZEL, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

Presently before the court is the report and recommendation of Magistrate Judge Martin C. Carlson which recommends that Claim 2 of plaintiff's complaint be dismissed. (Doc. 8).  Plaintiff has filed objections to the report and recommendation.  (Doc. 14).  In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

1) The report and recommendation (Doc. 8) is **ADOPTED**;

2) The plaintiff's objections (Doc. 14) are **OVERRULED**;

3) Claim 2 of plaintiff's complaint is **DISMISSED** and the following defendants are **DISMISSED** from this case: John Wetzel, the Secretary of Corrections; Shirley Smeal, Deputy Secretary; James Barnacle, Director of Investigations; John Wenerowicz, Regional Deputy Secretary; Superintendent SCI-Dallas Ransom; Deputy Superintendent at SCI-Dallas

Aponte and John Doe, unnamed corrections security captain, SCI-Dallas; and

4) The Clerk of Court is directed to remand this case to Magistrate Judge Carlson for further proceedings.

s/*Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 11, 2020**

20-425-01 order

2