IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM VICTOR,** | : | **Civil No. 1:20-CV-425** |
| **Plaintiff,** | : | **(Judge Mannion)** |
| v. | : | **(Magistrate Judge Carlson)** |
| **LT. MOSS, et al.,** | : | |
| **Defendants.** | : | |

## MEMORANDUM ORDER

This is a civil rights action brought by William Victor, a state inmate. In his complaint Victor, who is proceeding *pro se*, named multiple individual defendants at two facilities, SCI Dallas and SCI Frackville. According to Victor, on September 17, 2019, staff at SCI Frackville violated his rights under the Eighth Amendment to be free from cruel and unusual punishment when they used excessive force and engaged in an "unprovoked attack" upon him. (Doc. 1). Victor then alleges that he was transferred to a nearby prison, SCI Frackville, for medical treatment following his injuries but suffered another violation of his Eighth Amendment right to be free from cruel and unusual punishment when medical staff were deliberately indifferent to his medical needs.

Victor is no longer housed in either of these facilities. Instead, he is incarcerated at SCI Phoenix, a facility located outside the jurisdiction of this court

and within the venue of the United States District Court for the Eastern District of Pennsylvania. 28 U.S.C. § 118. Victor has now filed a motion for sanctions, (Doc. 87), which complains about the conduct of non-party correctional officials at SCI Phoenix and protests inmate mail protocols. This motion seems to relate to his current conditions of confinement at SCI Phoenix.

Thus, liberally construed, Victor's pleadings seem to be sweeping requests for some form of preliminary injunction, lodged against non-parties in a facility that lies outside the venue of this court, addressing a series of matters which are not legally, logically, temporally, or topically related to the claims in this lawsuit.

In our view, Victor's avenue for relief regarding his complaints concerning matters at SCI Phoenix does not lie with this court, since we lack jurisdiction and venue over this facility. Instead, any new claims arising out of this facility should be addressed by the court in which these alleged violations have occurred, the United States District Court for the Eastern District of Pennsylvania.

Accordingly, for the foregoing reasons, upon consideration of the plaintiff's motion for sanctions, (Doc. 87) is DENIED.

So ordered this 23d day of July 2021.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge
