IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **William Victor,** : | No. | 1:20-cv-0425 |
| **Plaintiff** : | | |
| v. : | | |
| **Lt. Moss, et al.,** : | | |
| **Defendants** : | | |

## JUDGMENT

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendants, C.O. Houston, C.O. Levan, C.O. Macijckak, Sgt. McCoy, Lt. Moss and Sgt. Ricci, and against Plaintiff, William Victor.

Dated: <u>June 27, 2022</u>

<u>Peter J. Welsh</u>
Clerk of Court

by s/ Ed Petroski
Deputy Clerk